# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRIAN ANTHONY SORRELLS

NO. 2020 KW 1197

**DECEMBER 30, 2020**

---

In Re:   Brian Anthony Sorrells, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1666-M-2019.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** Counsel failed to comply with the Uniform Rules of Louisiana Courts of Appeal, Rules 4-3 and 4-5(C)(11), by failing to include documentation of a timely request for a return date, the notice of intent and return date order, and any extensions of the return date. Counsel also failed to comply with the page-numbering requirements and failed to include all of the pertinent court minutes. See Rules 4-5(B) and 4-5(C)(10). Moreover, although it is not a violation of the Uniform Rules, we note that counsel failed to include the entire bench trial transcript. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983); La. Code Crim. P. art. 912.1(C)(1). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before February 4, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT